# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BRIDGET CLARK**                                                       **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 3:19-CV-197-HTW-LRA**

**THE UNITED STATES OF AMERICA AND**
**JOHN DOES I-III**                                                 **DEFENDANTS**

---

### Notice of Service of Request for Production of Documents

---

To:    All Counsel of Record

Pursuant to L. U. Civ. R. 5(d)(3), notice is hereby given that on the date entered below I served the United States of America's First Set of Requests for Production of Documents to Plaintiff.

Pursuant to L. U. Civ. R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original of the document identified above.

Date: September 1, 2020                 D. Michael Hurst, Jr.
                                                         United States Attorney

                                                         *s/Emily S. Nobile*
                                                         Emily S. Nobile
                                                         Assistant United States Attorney
                                                         1575 20th Avenue
                                                         Gulfport, Mississippi 39501
                                                         emily.nobile@usdoj.gov
                                                         (228) 563-1560
                                                         Mississippi Bar No. 101475
                                                         Attorney for Defendant United States of
                                                              America

**Certificate of Service**

I hereby certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

<u>s/Emily S. Nobile</u>
Emily S. Nobile
Assistant United States Attorney